# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | MISC. ACTION NO. 4:12-MC-5 |
| | § | |
| TERRY L. MCCOLLUM, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER GRANTING MOTION TO AMEND COMPLIANCE DATE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 7, 2012, the amended report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Respondent be required to fully comply with the summons issued to him and appear at the offices of the Internal Revenue Service as directed.

There being no objections by Respondent to the amended report and recommendations, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Since the entry of the amended report and recommendations, Petitioner has filed a Motion to Amend Compliance Date (Dkt. 13) seeking to amend the compliance date originally recommended. That motion is GRANTED.

Therefore, Respondent **TERRY L. MCCOLLUM** is **ORDERED** and **DIRECTED** to fully comply with the summonses issued so that the IRS can conduct its investigation into the tax liability of Terry L. McCollum for calendar years 2004, 2005, 2006, 2008, and 2009. Respondent is directed to appear on **Monday, August 13, 2012, at 10:00 a.m. at the offices of the Internal Revenue Service, 5450 Stratum Drive, Suite 150, Fort Worth, Texas 76137,** to meet with IRS Revenue Officer LaDusta Stillwell or her designated agent, to comply with the summons, and to produce the records and testimony described in the summons.

In addition to service of this Order by the Clerk of Court, a copy of this Order may be personally served on Respondent by a representative of the Internal Revenue Service.

**IT IS SO ORDERED.**

    **SIGNED this the 3rd day of August, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE